# IRVING COHEN
ATTORNEY AT LAW

(212) 964-2544  
FAX (212) 732-1339  
ICOHENLAW@MSN.COM

233 BROADWAY  
SUITE 2701  
NEW YORK, N.Y. 10279

February 20, 2008

*USDC SDNY*  
*DOCUMENT*  
*ELECTRONICALLY FILED*  
*DOC #: _____*  
*DATE FILED: 2/21/08*

BY FACSIMILE: 212-805-7941  
Hon. Loretta A. Preska  
United States District Court  
Southern District of New YOrk  
500 Pearl Street  
New York, New York 10007

Re: **United States of America**  
**v. Brandon Brown and Sidney Scott**  
**07 CR 956 (LAP)**

Dear Judge Preska:

I am CJA Counsel to Brandon Brown. The case is presently calendared for February 21, 2007 for argument on motions. No motions were filed.

On behalf of all parties, I am requesting that this case be re-scheduled for March 24, 2008 at 1:00 PM. Both defendants' counsels are in discussion with the Government concerning a disposition.

The defendants consent to Exclusion of time pursuant to the Speedy Trial Act to March 24 is in the interests of justice to permit the parties to continue their discussions.

Thank you for your courtesy and attention.

Very truly yours,

SO ORDERED  
*Loretta A. Preska*  
LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE  
February 20, 2008

IRVING COHEN

cc: Steve Kwok, Esq.  
Assistant U.S. Attorney

Joel Dranove, Esq.  
Counsel to Sidney Scott

F:\Irving\US0007\BROWN, BRANDON RESCHEDULE DISPOSITION.wpd